## NICHOLAS BIELLO *v.* TOWN OF WATERTOWN

The plaintiff's petition for certification for appeal from the Appellate Court, 109 Conn. App. 572 (AC 27399), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Maureen E. Norris*, in support of the petition.

*Michael J. Rose* and *Johanna G. Zelman*, in opposition.

Decided October 3, 2008

## JAMES E. WYSOCKI *v.* TOWN OF ELLINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 109 Conn. App. 287 (AC 27427), is denied.

*James E. Wysocki*, pro se, in support of the petition.

The plaintiff's petition for certification for appeal from the Appellate Court, 109 Conn. App. 691 (AC 27633/AC 27829), is granted, limited to the following issues: